Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> CASINO SIGNS & GRAPHIC, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation, <br><br> Defendant. | CASE NO. <br><br><br><br><br> STIPULATED/CONSENT JUDGMENT |

CASINO SIGNS & GRAPHIC, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation ("Employer"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, Trustees of the Electrical Workers Health and Welfare Trust; Trustees of the Electrical Workers Pension Trust; and Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund (collectively the "IBEW Joint Trust Funds"), and against Employer in the total sum of $296,433 for delinquent employee benefit contributions, liquidated damages, and

related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1. Employer is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the International Brotherhood of Electrical Workers, Local No. 357 ("Union"), in which Employer agreed to abide by the trust agreements establishing the respective IBEW Joint Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the IBEW Joint Trust Funds on behalf of Employer's bargaining unit employees represented by the Union.

3. Based on remittance reports prepared and submitted by Employer for the months of January 2011 through March 2011, Employer owes the IBEW Joint Trust Funds $239,939 in unpaid employee benefit contributions, past interest of $6,756 (through April 5, 2011), liquidated damages of $47,988, administrative fees of $750, and past attorney's fees of $1,000, for a total of $296,433.

4. In addition, in the event this judgment must be executed, the IBEW Joint Trust Funds will incur additional fees and costs determined by the parties to be at least $5,000, which are therefore included herein.

///
///
///
///
///
///
///
///

5. This Stipulated/Consent Judgment is entered into by and between Employer and the IBEW Joint Trust Funds for employee benefit contributions and related costs and fees owed to the IBEW Joint Trust Funds by ERISA.

July 26, 2011. ~~April~~

April 7, 2011.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_(signature)_

Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for the IBEW Joint Trust Funds

CASINO SIGNS & GRAPHIC, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation

_(signature)_

Mark Johnson
President and Director
3665 West Diablo Drive
Las Vegas, Nevada 89118
Telephone: 702-739-6789
Facsimile: 702-739-9618

For Casino Signs & Graphics, Inc., d/b/a Casino Lighting & Sign, a Nevada corporation

## JUDGMENT

Judgment is hereby entered against Casino Signs & Graphics, Inc., d/b/a Casino Lighting & Sign, a Nevada corporation, and in favor of the IBEW Joint Trust Funds in the amount of $296,433.

Dated this 17th day of July, 2012.

_(signature)_

U.S. DISTRICT COURT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

20051\2\1522193.1

3